Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Francisco Javier Ferreyra, et al.<br><br>Defendant. | CASE NO. CV 08-2171 WBS<br><br>ORDER |

### ORDER

Pursuant to the request of counsel for the plaintiff, because service of process has not yet been perfected on the defendant, IT IS HEREBY ORDERED that the Scheduling Conference in this action be continued from 2:00 p.m., Monday, January 12, 2009, to 2:00p.m., Monday, March 23, 2009.

The Parties shall file a Joint Status Report in advance of the Initial Scheduling Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

ORDER (Proposed)
CASE NO. CV 08-2171 WBS
PAGE 1

1

2 **IT IS SO ORDERED.**

3 DATED:  January 7, 2009

4

5

WILLIAM B. SHUBB
6 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER (Proposed)**
**CASE NO. CV 08-2171 WBS**
**PAGE 2**

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 6, 2009, I served:

**ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Francisco Javier Ferreyra (Defendant)
518 East Charter Way
Stockton, CA 95206

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on January 6, 2009, at South Pasadena, California.

Dated: January 6, 2009         */s/ Michelle Ferreira*
                               **MICHELLE FERREIRA**